## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **97-3086**

CIVIL DIVISION **CIV - DAVIS**

WILLIAM CONOR DELZELL,

        Plaintiff,

vs.

PUROS INDIOS CIGARS, INC.,
a Florida Corporation,

        Defendant.

_____/

**MAGISTRATE JUDGE JOHNSON**

## C O M P L A I N T



PLAINTIFF, **WILLIAM CONOR DELZELL**, by and through undersigned counsel sues the Defendant **PUROS INDIOS CIGARS, INC.**, as grounds therefore states the following:

1.  This is an action for infringement of copyright pursuant to Title 17, United States Code.

2.  Jurisdiction is founded upon Title 28, United States Code.

3.  At all times material hereto Plaintiff was and is a professional photographer.

4.  At all times material hereto, Defendant, PUROS INDIOS CIGARS, INC., was a Florida Corporation, licensed to do and doing business in Dade County, Florida.

1



JOHN B. OSTROW, P.A., 201 S. BISCAYNE BOULEVARD · SUITE 1380 · MIAMI, FLORIDA 33131

5. Plaintiff as a professional photographer created the photographic image attached hereto as Exhibit "A".

6. The photographic image created by Plaintiff is a wholly original creative work and as such is copyrightable subject matter under the laws of the United States.

7. That since the creation of said photographic image, Plaintiff has been and still is the proprietor of all rights, title and interest in and to the copyrightable rights of said photographic image.

8. That prior to the institution of this action, Plaintiff complied in all respects with Title 17, United States Code and all other laws governing copyright registration, by registering with the Registrar of Copyrights, Library of Congress and by complying with all statutory deposit requirements of Title 17, U.S.C. Sec. 407. Copyright Registeration No. TX 4-340-443.

## COPYRIGHT INFRINGEMENT AGAINST PUROS INDIOS CIGARS, INC.

Plaintiff readopts paragraphs 1 - 8 above as if fully set forth herein and further states as follows:

9. Defendant infringed upon Plaintiff's copyright rights by copying Plaintiff's photographic image, identified in paragraph 5 of this Complaint and causing it to be published and placing on the market the photographic image without Plaintiff's consent.

2

10. The photographic image used by Defendant is substantially similar to the photograph created by Plaintiff. A copy of Defendant's infringing use is attached hereto as Exhibit "B".

WHEREFORE, Plaintiff demands:

(a). That Defendant, its agents and servants, be enjoined during the pendency of this action and permanently from infringing upon said copyright rights of Plaintiff in any matter and from further use of Plaintiff's photographic images.

(b). That Defendant be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendant's infringement of said copyright and to account for:

> All gains, profits and advantages derived by Defendant, in its infringement of Plaintiff's copyright or such damages as the Court may deem proper within the provisions of the copyright statutes.

(c). That Defendant be required to deliver up to be impounded during the pendency of this action all copies of materials in its possession or under its control and to deliver up for destruction all infringing copies and all plates.

(d). That Defendant be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed to the Plaintiff by this Court.

(e). That Plaintiff have such other and further relief as is just.

3

DATED this _22_ day of September, 1997.

JOHN B. OSTROW, P.A.
Counsel for Plaintiff
201 South Biscayne Boulevard
Suite 1380, The Miami Center
Miami, Florida 33131
(305) 358-1496
(305) 371-7999 Telecopier

_____
JOHN B. OSTROW, ESQUIRE
FLA BAR NO.: 124324

4

© bill delzell





# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as requi law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

WILLIAM CONOR DELZELL

**DEFENDANTS**  97-3086

PUROS INDIOS CIGAR, INC.  CIV-DAVIS

MAGISTRATE JUDGE
JOHNSON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **California**
(EXCEPT IN U.S. PLAINTIFF CASES)

A dade /97CV 3086 /Davis / Johnson

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___ Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JOHN B. OSTROW, P.A.
201 S. Biscayne Blvd., #1380
Miami, FL 33131

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND C BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAU DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

COPYRIGHT INFRINGEMENT PURSUANT TO TITLE 17, U.S.C.

**IVa.** _____ **days estimated (for both sides) to try entire case**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATU |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☒ 820 Copyrights | ☐ 450 Commerce/ICC Rates/et. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability   **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine  ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle  ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Ex |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 US |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | **A LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization A |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | ☐ 720 Labor Management Relations B  ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | **B PRISONER PETITIONS** | | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information A |
| ☐ 220 Foreclosure B | ☐ 442 Employment   Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determina Under Equal Access to J |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations  ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | | ☐ 950 Constitutionality of State S |
| ☐ 240 Torts to Land | ☐ 444 Welfare  ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions * |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights  ☐ 540 Mandamus & Other * | | | * A or B |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights * A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge in Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint   ☐ YES
**JURY DEMAND:**  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 9/22/97   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S.F 1-2
REV 9/94

FOR OFFICE USE ONLY: Receipt No. 282103
Amount: 150 00
Date Paid: 09/24/97
M/ifp: _____