CLOSED
CIVIL
CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILLIAM CONNOR DELZELL,

    Plaintiff,

v.

PURIOS INDIOS CIGARS, INC., et al.,

    Defendants.

_____/

CASE NO. 97-3086-CIV-DAVIS
MAGISTRATE JUDGE JOHNSON

**ORDER OF DISMISSAL**

FILED by _____ D.C.

NOV 1 7 1998

CARLOS JUENKE
CLER U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon the mediator's report indicating that this case has been settled.  The Court's October 20, 1998 Order directed the parties to file a stipulation of Dismissal within eleven (11) days.   No stipulation was filed within the time specified and accordingly this matter is DISMISSED.

This case is CLOSED.  All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of November, 1998.

EDWARD B. DAVIS
UNITED STATES DISTRICT JUDGE

copies provided:
Rafael Sanchez Aballi
Robert M. Schwartz
John B. Ostrow